1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JONATHAN LUCAS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 6:15-mj-00001-MJS-1
                                     )
12             Plaintiff,            )  **MOTION TO VACATE JUNE 6, 2017**
                                     )  **REVIEW HEARING; ORDER**
13      vs.                          )
                                     )
14  JONATHAN LUCAS,                  )
                                     )
15             Defendant.            )
                                     )
16

17        Defendant Jonathan Lucas hereby requests that the Court vacate the June 7, 2017 interim

18  review hearing. Additionally, the parties request that a final review hearing be set for April 2018.

19  The government is in agreement with the request.

20        On May 5, 2015, the Court sentenced Mr. Lucas to thirty-six months of unsupervised

21  probation, with the conditions that he obey all laws and advise the Court and Government

22  Officer within seven days of being cited or arrested for any alleged violation of law. He was also

23  ordered to pay a $30.00 special assessment, complete 240 hours of community service, and

24  submit to post-plea booking. Additionally, Mr. Lucas was sentenced to 30 days of suspended

25  custody.

26        To date, Mr. Lucas has completed 160.6 hours of community service, proof of which has

27  been provided to the government. Mr. Lucas has also paid his $30 special assessment and has

28  had no new law violations.

Accordingly, Mr. Lucas is currently in compliance with all conditions of his probation, and he hereby requests that his June 7, 2017 interim review hearing be vacated, and that a final review hearing be set in April 2018. Mr. Lucas remains on unsupervised probation until May 5, 2018.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 5, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JONATHAN LUCAS

**O R D E R**

Based on the parties' joint representation that Mr. Lucas is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for June 6, 2017, at 10:00 a.m., and sets a final review hearing for April 3, 2018, in case number 6:15-mj-00001-MJS.

IT IS SO ORDERED.

Dated:   June 5, 2017                                    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE