HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JONATHAN LUCAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 6:15-mj-0001-MJS |
| vs. | MOTION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(c); ORDER |
| JONATHAN LUCAS, | |
| Defendant. | |

Defendant Jonathan Lucas, by and through his counsel of record, Assistant Federal Defender Hope Alley, hereby moves for early termination of his term of unsupervised probation pursuant to 18 U.S.C. § 3564(c). The government does not object to early termination of Mr. Lucas's term of unsupervised probation.

On May 5, 2015, the Court sentenced Mr. Lucas to thirty days of custody, suspended for the period of probation, 36 months of unsupervised probation, 240 hours of community service, a $30 special assessment fee, and ordered that Mr. Lucas complete post-plea booking. *See* Docket 11 (Judgment). The Court scheduled a review hearing for May 3, 2015. At this review hearing, the Government reported no new violations, and the Court found that conditions of Mr. Lucas's probation had been met thus far. *See* Docket 22 (Minutes). The Court also stated on record that it would consider early termination of probation if Mr. Lucas continued to comply.

Mr. Lucas has continued to comply with the terms of his probation, and at this point, he

has fulfilled every requirement of probation, including completing 240 hours of community service. Accordingly, Mr. Lucas now requests that the Court terminate his term of unsupervised probation and permanently suspend the 30 days of custody. Mr. Lucas is gainfully employed and working for the national parks. He went above and beyond the requirements the Court imposed by completing 241 hours of community service with Goodwill Industries well before the end of his probation. He has not had any new violations of law over the past two and a half years. Under the circumstances, there is no need for Mr. Lucas to remain on unsupervised probation until April 3, 2018, and thus he requests that the Court terminate his term of unsupervised probation pursuant to 18 U.S.C. § 3564(c).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 13, 2017     */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JONATHAN LUCAS

**O R D E R**

Pursuant to Mr. Lucas's request for early termination of his term of unsupervised probation, the Court hereby terminates Mr. Lucas's term of unsupervised probation pursuant to 18 U.S.C. § 3564(c), in case number 6:15-mj-0001-MJS. Mr. Lucas's term of unsupervised probation is terminated as of the date of this Order.

IT IS SO ORDERED.

Dated:   November 13, 2017          */s/ Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE